**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Nordic Printing & Packaging, Inc.

Plaintiff,

v.

Programmed Solutions, Inc.

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Court File No.: 01-CV-0021

**STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiff Nordic Printing & Packaging, Inc., and Defendant Programmed Solutions, Inc., by and through their respective counsel, that the above-captioned matter (Case No. CT-98-82) may be dismissed with prejudice, without costs and disbursements to any party.

**JEROME S. RICE & ASSOCIATES**
**A PROFESSIONAL ASSOCIATION**

Dated: 6/6/01

Jerome S. Rice, #91200
601 Carlson Parkway
Suite 1050
Minnetonka, Minnesota 55305
(952) 449-6666

**ATTORNEYS FOR PLAINTIFF**

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**BAKER & HOSTETLER, LLP**

Dated: 6-14-01

Jordan Berns
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114
(216) 621-0200

**ATTORNEYS FOR DEFEDANT**

**ORDER**

IT IS HEREBY ORDERED pursuant to the foregoing Stipulation that this matter is dismissed with prejudice without costs and disbursements to any party.

Dated: August 7, 2001

The Honorable Paul A. Magnuson
Judge of District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500